UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MERGER FUND, THE MERGER FUND VL, GS MASTER TRUST, MLIS WESTCHESTER MERGER ARBITRAGE UCITS FUND and DUNHAM MONTHLY DISTRIBUTION FUND,<br><br>                      *Plaintiffs*,<br>- against -<br><br>METROPCS COMMUNICATIONS, INC., W. MICHAEL BARNES, JACK F. CALLAHAN, JR., C. KEVIN LANDRY, ROGER D. LINQUIST, ARTHUR C. PATTERSON, and JAMES N. PERRY JR.,<br><br>                      *Defendants*. | Civil Action No. 13-2066-AJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

       Pursuant to F.R.Civ.P. 41(a)(1)(A)(i), plaintiffs The Merger Fund, The Merger Fund VL, GS Master Trust, MLIS Westchester Merger Arbitrage UCITS Fund and Dunham Monthly Distribution Fund hereby give notice that the above-captioned action is voluntarily dismissed as against all defendants including MetroPCS Communications, Inc., W. Michael Barnes, Jack F. Callahan, Jr., Roger D. Linquist, Arthur C. Patterson and James N. Perry, Jr., with prejudice. Each party shall be responsible for the payment of its attorneys' fees and costs.

New York, New York
Dated: September 30, 2013

                                   **ABBEY SPANIER, LLP**

                                   By: /s/ Judith L. Spanier

                                   Arthur N. Abbey
                                   Judith L. Spanier
                                   Jeremy Nash
                                   Abbey Spanier, LLP
                                   212 East 39th Street
                                   New York, New York 10016
                                   Phone: (212) 889-3700
                                        *Attorneys for Plaintiffs*